# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

CONSTANCE MARIE CARTIER, ) CV 14-05174-SH
              Plaintiff, ) JUDGMENT
   v.
CAROLYN W. COLVIN,
Commissioner of Social Security
Administration,
             Defendant.

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. §405(g).

DATED: January 6, 2015

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE