Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Constance Marie Cartier

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE MARIE CARTIER, <br><br> Plaintiff, <br><br> vs. <br> CAROLYN W. COLVIN, Acting <br> Commissioner of Social Security, <br><br> Defendant | Case No.: 2:14-cv-05174-SH <br><br> ORDER AWARDING EQUAL <br> ACCESS TO JUSTICE ACT <br> ATTORNEY FEES AND EXPENSES <br> PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3600 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:   February 06, 2015

_____
THE HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Brian C. Shapiro*
_____
Brian C. Shapiro
Attorney for plaintiff Constance Marie Cartier